UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:
**Elaine Elizabeth Cassidy**,

Soc. Sec. No. xxx-xx-7001
Mailing Address: 4553 Roundleaf Road, Ramseur, NC 27316-

Debtor.

Case No.: 25-10898

Chapter 13

## AFFIDAVIT REGARDING SERVICE OF PLAN

I, Josh Gudmens, certify that on 12/30/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Aaron's, LLC
c/o Corporation Service Company
ATTN: Officer
2626 Glenwood Ave Ste 550
Raleigh, NC 27608

and by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 12/30/25

/s Josh Gudmens

Josh Gudmens

CertificateOfService.wpt (rev. 7/4/18)

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Internal Revenue Service (MD)**
PO Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office  (MD)**
101 S. Edgeworth Street, 4th floor
Greensboro, NC 27401

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

North Carolina Dept. of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168

Aaron's **
ATTN: Bankruptcy Department
Post Office Box 100039
Kennesaw, GA 30156

Aaron's, LLC
c/o Corporation Service Company
ATTN: Officer
2626 Glenwood Ave Ste 550
Raleigh, NC 27608

Aaron's, LLC
ATTN: Bankruptcy Department
Post Office Box 100039
Kennesaw, GA 30156

Chimefin/Stride Bank
409 Silverside Rd, Ste 100
Wilmington, DE 19809

FCG
13547 Ventura Blvd #5222
Sherman Oaks, CA 91423

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Randolph County Tax Collector
1725 McDowell Road
Asheboro, NC 27203-7370

The Honorable Pam Bondi
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

USDA Rural Development *
Attn: Officer
Post Office Box 66755
Saint Louis, MO 63166

Verizon Wireless - Bankruptcy***
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

W Stan Hardesty DDS PA
3200 Blue Ridge Rd #122
Raleigh, NC 27612