UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In re:
Elaine Elizabeth Cassidy,

Soc. Sec. Nos. Xxx-xx-7001
Mailing Address: 4553 Roundleaf Road, Ramseur, NC 27316
                                                Debtor.

Case No.: 25-10898

Chapter 13

### AFFIDAVIT REGARDING SERVICE OF PLAN

I, Angel West, certify that on 4/9/26, a copy of the **chapter 13 Plan** was served on each of the following creditors by **regular, first class United States mail**,, postage fully pre-paid, upon the following creditors::

Aarons, LLC f/k/a Aarons, Inc., d/b/a Aarons
Attn Officer/Managing Agent
400 Galleria Parkway, SE Suite 300
Atlanta, GA 30339

Aaron's Sales & Lease Ownership, LLC
c/o Corporation Service Company
2626 Glenwood Ave Ste 550
Raleigh, NC 27608

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: April 9, 2026

/s Angel West

Angel West

CertificateOfServiceAmended.wpt (rev. 1/13/20)